**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, | § | Case No. |
|  | § |  |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
|  | § |  |
| v. | § |  |
|  | § |  |
| TRIMBLE INC., | § |  |
|  | § |  |
| Defendant. | § |  |
|  | § |  |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff AGIS Software Development LLC ("AGIS Software" or "Plaintiff") files this Complaint against Defendant Trimble Inc. ("Trimble" or "Defendant") for patent infringement under 35 U.S.C. § 271 and alleges as follows:

**THE PARTIES**

1.      Plaintiff AGIS Software is a limited liability company, organized and existing under the laws of the State of Texas, and maintains its principal place of business at 100 West Houston Street, Marshall, Texas 75670. AGIS Software is the owner of all right, title, and interest in and to U.S. Patent Nos. 9,445,251, 9,467,838, 9,820,123, and 9,749,829 (the "Patents-in-Suit").

2.      Defendant Trimble is a Delaware corporation with an office at 5217 Tennyson Parkway, Suite 400, Plano, Texas 75024. On information and belief, Defendant may be served with process through its registered agent(s): CT Corp. System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

3.      On information and belief, Defendant directly and/or indirectly develops, designs, manufactures, uses, distributes, markets, offers for sale, and/or sells infringing products and

services in the United States, including in the Eastern District of Texas, and otherwise directs infringing activities to this District in connection with its products and services.

## JURISDICTION

4.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1367.

5.      This Court has specific and personal jurisdiction over Defendant in this action because Defendant has committed acts within this Judicial District giving rise to this action and has established minimum contacts with this forum, such that the exercise of jurisdiction over Defendant would not offend traditional notions of fair play and substantial justice. Defendant conducts business and has committed acts of patent infringement and/or has induced acts of patent infringement by others in this Judicial District and/or has contributed to patent infringement by others in this Judicial District, the State of Texas, and elsewhere in the United States by, among other things, offering to sell and selling products and/or services that infringe the Patents-in-Suit. Defendant has purposefully and voluntarily availed itself of the privileges of conducting business in the United States, the State of Texas, and this District by continuously and systematically placing goods into the stream of commerce through an established distribution channel with the expectation that they will be purchased by consumers in this District. Defendant, directly and/or through intermediaries (including distributors, sales agents, and others) ships, distributes, sells, offers to sell, imports, advertises, makes, and/or uses its products (including, but not limited to, the products accused of infringement here) in the United States, the State of Texas, and this District. Defendant is subject to this Court's jurisdiction pursuant to due process and/or the Texas Long Arm Statute due at least to its substantial business in this State and Judicial District, including

(a) at least part of its past infringing activities, (b) regularly doing or soliciting business in the State of Texas, and/or (c) engaging in persistent conduct and/or deriving substantial revenue from goods and services provided to customers in Texas.

6.      Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391 and 1400(b) because Defendant has regular and established places of business in this Judicial District. For example, Defendant has an office at 5217 Tennyson Parkway, Suite 400, Plano, Texas 75024. Defendant, through its own acts and/or through the acts of others, makes, uses, sells, distributes, exports from, imports, and/or offers to sell infringing products within this Judicial District, regularly does and solicits business in this Judicial District, and has the requisite minimum contacts with this Judicial District, such that this venue is a fair and reasonable one.

## PATENTS-IN-SUIT

7.      On September 13, 2016, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,445,251 (the "'251 Patent") entitled "Method to Provide Ad Hoc and Password Protected Digital and Voice Networks." On June 8, 2021, the United States Patent and Trademark Office issued an Ex Parte Reexamination Certificate of the '251 Patent determining Claims 1-35 to be valid and patentable. A true and correct copy of the '251 Patent, which includes the June 8, 2021 Ex Parte Reexamination Certificate, is attached hereto as Exhibit A.

8.      On October 11, 2016, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,467,838 (the "'838 Patent") entitled "Method to Provide Ad Hoc and Password Protected Digital and Voice Networks." On May 27, 2021, the United States Patent and Trademark Office issued an Ex Parte Reexamination Certificate of the '838 Patent determining Claims 1-84 to be valid and patentable. A true and correct copy of the '838 Patent, which includes the May 27, 2021 Ex Parte Reexamination Certificate, is attached hereto as Exhibit B

9.     On November 14, 2017, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,820,123 (the "'123 Patent") entitled "Method to Provide Ad Hoc and Password Protected Digital and Voice Networks."  On September 24, 2021, the United States Patent and Trademark Office issued an Ex Parte Reexamination Certificate for the '123 Patent confirming the validity and patentability of Claims 1-48. A true and correct copy of the '123 Patent, which includes the September 24, 2021 Ex Parte Reexamination Certificate, is attached hereto as Exhibit C.

10.    On August 29, 2017, the United States and Trademark Office duly and legally issued U.S. Patent No. 9,749,829 (the "'829 Patent") entitled "Method to Provide Ad Hoc and Password Protected Digital and Voice Networks." On August 16, 2021, the United States Patent and Trademark Office issued an Ex Parte Reexamination Certificate for the '829 Patent confirming the validity and patentability of Claims 1-68. A true and correct copy of the '829 Patent, which includes the August 16, 2021 Ex Parte Reexamination Certificate, is attached hereto as Exhibit D.

11.    AGIS Software is the sole and exclusive owner of all right, title, and interest in the Patents-in-Suit, and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. AGIS Software also has the right to recover all damages for past, present, and future infringement of the Patents-in-Suit and to seek injunctive relief as appropriate under the law.

## FACTUAL ALLEGATIONS

12.    Malcolm K. "Cap" Beyer, Jr., a graduate of the United States Naval Academy and a former U.S. Marine, is the CEO of AGIS Software and a named inventor of the AGIS Software patent portfolio. Mr. Beyer founded Advanced Ground Information Systems, Inc. ("AGIS, Inc.") shortly after the September 11, 2001 terrorist attacks because he believed that many first responder

and civilian lives could have been saved through the implementation of a better communication system. He envisioned and developed a new communication system that would use integrated software and hardware components on mobile devices to give users situational awareness superior to systems provided by conventional military and first responder radio systems.

13.     AGIS, Inc. developed prototypes that matured into its LifeRing system. LifeRing provides first responders, law enforcement, and military personnel with what is essentially a tactical operations center built into hand-held mobile devices. Using GPS-based location technology and existing or special-purpose cellular communication networks, LifeRing users can exchange location, heading, speed, and other information with other members of a group, view each other's locations on maps and satellite images, and rapidly communicate and coordinate their efforts.

14.     AGIS Software was formed in 2017 and maintains two offices located in the State of Texas, at 100 W. Houston Street, Marshall, Texas 75670 and at 2226 Washington Avenue, #2, Waco, Texas 76702. AGIS Software also maintains a data center in Marshall, Texas.

15.     Mr. Beyer has maintained longstanding ties to Texas and the Eastern District. In 1987, Mr. Beyer founded Advanced Programming Concepts, an Austin-based company focused on real-time tactical command and control systems. Advanced Programming Concepts was later acquired by Ultra Electronics, Inc. and is now the Advanced Tactical Systems unit of Ultra Electronics, Inc., which is still based in Austin, Texas.

16.     AGIS Software licenses its patent portfolio, including the Patents-in-Suit, to AGIS, Inc. AGIS, Inc. has marked its products accordingly. AGIS Software and all previous assignees of the Patents-in-Suit have complied with the requirements of 35 U.S.C. § 287(a). On information and belief, Defendant has known about and has been on notice of its infringement of AGIS

Software's patents, including the Patents-in-Suit, since at least the issuance date of the Patents-in-Suit.

17.    Defendant has infringed and continues to infringe the Patents-in-Suit by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States applications, products, and/or services that infringe the Patents-in-Suit. Such applications, products, and/or services include at least any and all variations and versions of Trimble Terrain Navigator and Fleet Management (mobile applications, desktop/laptop software applications, web applications, mobile devices, terminals, and related servers and services), and any implementation of location sharing applications, products, and/or services (collectively, the "Accused Products"). On information and belief, the Fleet Management products are also referred to by numerous internal and external names including, but not limited to, Fleet, Transportation Management System (TMS), TMW, Truckmate, Fleet Manager, Trimble Maps, Trimble Appian, TMT VuCoPilot, Sentinel, and Farmstream, and such products are also Accused Products because they comprise substantially similar or identical features.

18.    The Accused Products include functionalities to form and/or join networks or groups. The Accused Products include functionalities to display map information, including symbols corresponding with users, entities, and locations. The Accused Products include functionalities to share and view locations with other devices and/or users. The Accused Products include functionalities to display symbols corresponding to locations (including locations of other devices and/or users) on a map. The Accused Products include functionalities to communicate with other devices and/or users via text, voice, and/or multimedia-based communication. The Accused Products comprise the above and the following functionalities, based on the identified publicly-available resources, which directly map to the below-identified claims of the Patents-in-Suit.

# Terrain Navigator Pro

**Trimble Inc.**

| 3.6★ | 10K+ | E |
|---|---|---|
| 182 reviews | Downloads | Everyone ⓘ |

**Install**

▢ You don't have any devices     🏠 You can share this with your family. Learn more about F...



# Terrain Navigator Pro

**Trimble Inc.**

| | | |
|---|---|---|
| **3.6 ★** | **10K+** | **E** |
| 182 reviews | Downloads | Everyone ⓘ |

**Install**

You don't have any devices          You can share this with your family. Learn more about F



https://play.google.com/store/apps/details?id=com.trimble.outdoors.tnm.android&hl=en_US



**Terrain Navigator Pro**                                                  ✕

About this app

Terrain Navigator Pro (TNP) provides an affordable and simple solution for professionals to collect and seamlessly transmit data from the field to the office. Use the TNP mobile app to map, find, collect, and share field data. Then, with a mobile connection, instantly share field data with the TNP desktop software to analyze GPS and GIS data at the office.

TNP serves a professional market, including search and rescue teams, law enforcement, foresters, surveyors, the oil and gas industry, and land managers. This mobile app is ideal for entry-level GIS applications and enables professionals to use the smartphone in their pocket instead of a consumer-grade GPS device (like a Garmin, Magellan or Delorme).

------------------
NEW: TNP Mobile is now compatible with the Trimble Leap GNSS Receiver, a high-accuracy receiver that pairs with Android devices. Now, you can collect field data at sub-meter accuracy. More at: www.TrimbleLeap.com

NEW: for TNP Enterprise customers - team tracking shows where your users are in near real time. Support for team projects which allow organizations to control data users can see and contribute to.
------------------

https://play.google.com/store/apps/details?id=com.trimble.outdoors.tnm.android&hl=en_US



### Terrain Navigator Pro
About this app                                          ✕

TNP CLOUD

Got a Wi-Fi or data connection? Share your data in near real-time with colleagues at the office to streamline project workflows. The TNP app uploads data as it's collected, so professionals with the same project open in the TNP desktop software can view the field data and collaborate to make accurate, on-the-spot decisions.

-------------------------------------

TNP MOBILE APP FEATURES
• Collect field data (markers, tracks, photos, videos, audio clips) in areas without a cellular or data signal.
• Near real-time sync between phone and TNP map software via Wifi or data connection like a 3G network.
• View data on topographic, aerial, and street maps downloaded to phone for offline use. Terrain Navigator Pro offers 1-meter aerial photos for the 48 contiguous United States. The seamless USGS topographic maps are based off 1:24K, 1:100K, 1:250K map scales. Alaska is 1:63K and 1:250K.
• Access a compass and other geo-information such as latitude/longitude, elevation, and direction on phone.

-------------------------------------

TNP DESKTOP SOFTWARE

This app syncs to our award-winning Terrain Navigator Pro mapping software, which has been fine-tuned based on more than a decade of feedback from professionals who rely heavily on maps in the field. The TNP software provides access to an easily catalogued collection of USGS/US Forest Service topographic maps, including 1:24,000 (7.5 minute series), 1:100,000 and 1:250,000 scale as well as seamless, 1-meter resolution color aerial photos dating back to 2003, and up to the most recent National Agriculture Imagery Program (NAIP) aerial imagery available. The software supports GIS and CAD export and import, and provides access to advanced mapping tools, including: range rings by time and distance, area fills and line-of-sight height offsets, geo-pins, geo-tips, Public Land Survey System (PLSS), advanced address search, up-to-date street data, and more.

https://play.google.com/store/apps/details?id=com.trimble.outdoors.tnm.android&hl=en_US

**TNP Mobile App**

The TNP mobile app allows professionals to collect markers, tracks, and geo-stamped photos in the field, and then sync all the GPS data into the Terrain Navigator Pro office software.

**Features include:**

• Display and navigate routes created on the TNP desktop.
• Collect field data (markers, tracks, photos, videos, audio clips) in areas without a cellular or data signal.
• Near real-time sync between phone and TNP map software via Wifi or cellular data connection.
• View data on topo, aerial, and street maps (maps can be pre-downloaded to the phone for offline use.)
• Access a compass and other geo-information such as lat/long, elevation, and direction on the phone.
• Collect data off-grid and offline. The TNP mobile app uses the GPS built into smartphones, so professionals can collect field data in areas without a cellular or data signal.



Buy Now

**TNP for Teams Features:**

• Team tracking with complete visibility of the location of all team members on the mobile.
• Each mobile can set a status message or send an SOS with the position.
• Team collaboration on projects – view and contribute to projects that are part of a team's data collection efforts.

https://www.terrainnavigator.com/Product/MobileApp

What are Teams?

- Teams are a collection of users that belong to an organization and can be entirely self-managed by the organization's administrator.
- The team list is used to provide a means for TNP desktop, mobile clients, and the website to segregate content in such a way that information is shared only with those who need access.
- Any user can belong to one or more teams within the same organization providing maximum flexibility for data access.



What is Team Tracking?

https://www.terrainnavigator.com/Product/Enterprise

What is Team Tracking?

- The TNP for Teams functionality is built into Terrain Navigator Pro and provides valuable safety information for search and rescue teams, firefighters, or anyone else who needs to know where workers are in the field at all times.
- TNP for Teams functionality is automatically enabled when an organization has two or more user subscriptions.
- In order to use the team tracking features, the PC base computer must be connected to the Internet and the teammates in the field are using the TNP mobile app in a cellular/wifi coverage area. The locations of your team members are automatically tracked and plotted on Terrain Navigator Pro's maps in near real-time. Team members can also transmit short messages to each other or activate an SOS feature.
- Users on both the mobile and the desktop have the same near real-time visibility to any team member's location (including the base station desktop if an external GPS accessory is attached.)

 Team Tracker worked very impressively this evening on a small search mission- very effective in efficiently directing searchers in the field to the lost parties and following their return to mission base."

*- Bill May, Rocky Mountain Rescue Group, Inc.*

- Users on both the mobile and the desktop have the same near real time visibility to any team member's location including the desktop if an external GPS accessory is attached.



https://www.terrainnavigator.com/Product/Enterprise

TNP for Teams is designed to be deployed during large-scale search and rescue operations, environmental cleanups, and multi-state conservation projects with teams using their mobile devices to collect and visualize data. TNP for Teams synthesizes and displays collected data to speed in-the-field decision-making and creates a digital record of all field activity.

TNP for Teams seamlessly integrates powerful desktop mapping software, a cloud-connected mobile data collection platform (compatible with all GPS-enabled iOS and Android devices), and a robust Web portal. TNP for Teams users can plan projects in the office, collect data in the field, and access projects from the Web—simultaneously. Geo-referenced data such as tracks, waypoints, photographs, and video can be shared, updated in near real-time, and displayed on the included topographic, aerial/satellite, or street base maps. Individual team members are permitted to view and manipulate data, and to locate fellow team members in the field or from the office.

**Organizational Structure**

- The purpose of the organization is to create a structure to assist in segregating the projects appropriate to geography, territory, or other arbitrary collection suitable to the customer.
- From the web interface, the customer's administrator can manage users, teams, devices, licenses, and subscriptions.
- Users of the system can also manage their own information, providing each customer with complete self-management of their TNP resources.

https://www.terrainnavigator.com/Product/Enterprise

**Primary Components**

Organizations

- Once a customer activates two or more subscriptions for the same organization, they are provided with a primary account to manage licenses, privileges, users, teams, and projects for their business.
- Each user subscription includes access to desktop software, mobile applications, and web applications to use interactively between these platforms to match the task at hand.

Desktop, Mobile, and Web

- Two installations (a primary and a backup) of the PC desktop client are available to each named user in an organization. Map data is licensed by the state (or region in Mid Atlantic and New England states.) Additional states can be added to the licensed area.
- In addition to the desktop software, each named user has access to mobile and web applications.
- If an organization has two or more subscriptions (in the same account) then the Team Tracking and sharing features are automatically enabled when users access all three TNP platforms (PC desktop, mobile app, and web portal.)
- The desktop software has a robust set of mapping features; the web portal and mobile apps are designed for quick viewing, limited editing, and navigation/data collecting in the field.

Additional States

- If a specific desktop client requires more than one state/region, additional states/regions can be purchased and assigned to a specific user that already has a desktop client license.

https://www.terrainnavigator.com/Product/Enterprise

Overview   Mapping Features   Topo Maps   Aerial Photos   Customization & Annotation   Print & Publish   GPS Ready   GIS & CAD

TNP is a great time-saver, increasing your return on investment. Don't know how to get to the first point of your survey? TNP can show you the appropriate topographic map, street map, aerial photograph, NGS benchmark and render them all in 3D. You can also exaggerate the 3D view so you get a clear understanding of the terrain you'll be encountering as you get to your project area.

 

- Find maps quickly - use the graphical index map or search by address, map name, coordinates, zip code, or over fifty types of place names such as rivers and summits.
- Move the cursor over maps or photos, and it displays street addresses. Click on streets or structures to add custom address labels. You can also search for maps and locations by typing an address.
- Find exact coordinates (Lat/Long, State Plane feet/meters, UTM, MGRS, PLSS/TSR, USNG), elevations, and grade instantly.
- Street Overlay included! See current streets mapped on top of topographic maps and aerial photos. Quickly identify roads added since the map was last revised (or photo was taken.) Or, hide the street layer with a click of the mouse to view the unaltered map or photo.
- View high-quality digital USGS maps and aerial photos in 2-D or stunning 3-D. 3-D effects include exaggerated relief, fog, wireframe, and moonlight.
- A TNP exclusive: view traditional USGS maps with collars (borders) for inspection of the entire original USGS map.
- One-click merging of different map sources - providing over 60 unique combinations of topographic, street, and photographic maps.
- Quickly and easily switch between Latitude/Longitude, UTM, MGRS/USNG, PLSS/TSR or State Plane coordinates and/or NAD27, NAD83, and WGS84 datums. Includes unique "alternate coordinate display" allowing side-by-side comparison of different coordinate formats/datums simultaneously.
- Integrated with current National Geodetic Survey control datasheets. Quickly find control points for a project, sort by control level, print reports, and export the raw datasheets. No need to navigate the cumbersome NGS website for these valuable benchmarks.
- Measure distance and area quickly, even across different maps and photos.
- Display on-screen custom grid in any coordinate format – or create your own unique coordinate or magnetic-north-based grid.
- Use Web Links to open web pages based on your current position. Get the weather, look for photos, or get driving directions with a click of the mouse.
- Built-in help pages, tutorials, and a handy USGS map symbol reference guide.

https://www.terrainnavigator.com/Product/Desktop



### Your Data in the Cloud

Share your data in near real-time with colleagues at the office to streamline project workflows. The TNP app uploads data as it's collected, so professionals with the same project open in the TNP desktop software can view the field data and collaborate to make accurate, on-the-spot decisions.

Reduce the risk of data loss. Data you choose to store on Trimble's cloud services is never shared and is stored in a Tier 1 data center. Damaged phone? Broken laptop? No problem. Your data is protected and available by simply logging into terrainnavigator.com.

### Project Synchronization

**View on your desktop what's happening in the field**

- Each subscription to TNP includes an account to utilize the TNP mobile app and website.
- Multiple licenses allow sharing of projects and position information across multiple teammates.



https://www.terrainnavigator.com/Product/Cloud; see also
https://www.terrainnavigator.com/Product/KnowledgeBase;
https://www.terrainnavigator.com/Product/Mobile;
https://s3.amazonaws.com/trimbleoutdoors.download/tnp/publicdownloads/manual.pdf

**Send the Location of this Computer to the Team**
Checking this option will transmit to the TNP Cloud the position of this computer, provided a compatible GPS unit is connected for realtime GPS tracking.

When sending the location of the computer, note that the username logged into the desktop (in Subscription and User Account Preferences) will appear on each teammate's TNP Mobile App. Be sure that someone isn't also using that same account on a mobile device - otherwise the positions will get jumbled.

https://s3.amazonaws.com/trimbleoutdoors.download/tnp/publicdownloads/manual.pdf

**Setup: TNP Mobile App**
First, log into your Terrain Navigator Pro Enterprise Edition web account. There you should setup the users and assign them to a team that you wish to track.

Each user should download and log into the TNP Mobile App. In the TNP Mobile App's Settings screen, locate the **Team Tracking** section. Turn **on** the option to **Send Location Updates**. Specify when (if ever) you want the phone to stop transmitting its location when the TNP Mobile App is running as a background app (that is, not the app being currently viewed on the mobile device.) If you are viewing other teammate's positions on the phone, you can choose to hide positions that have not been recently updated on the TNP Cloud.

To view other teammate positions on the phone, open the **Layers** screen (from the map display.) Locate the **Team Tracking** section and select the team whose positions you wish to track. You can also indicate if you wish to hide the labels of each teammate.

https://s3.amazonaws.com/trimbleoutdoors.download/tnp/publicdownloads/manual.pdf

13

## Sending Text Messages to the Base Station

With the TNP Mobile App, and some GPS microphones, workers in the field can send text messages back to the base station. This is very useful for relaying confidential information when other agencies may be monitoring the radio chatter. (Those using the TNP Mobile App don't have this concern, but it's still a cool feature.) When a text message is sent, the messages window will automatically open in Terrain Navigator Pro.



Each line represents one sent message.  Each worker in the field is represented by a unique icon color.  The data provided includes a warning (if any), the name of the waypoint, its group number, the time and date it was sent, and any message keyed in by the sender.

If you wish to save or print the information in this window, click **To Clipboard** to copy the text of the selected line to the Windows clipboard.  Select a message from the list and click **Delete** to delete the message.  Tip: Hold the **shift** key on the keyboard while pressing **To Clipboard** or **Delete** to copy or delete ALL of the messages.

Click **Close** to exit the window. Note that any messages received will be discarded. (Unless they have been copied to the clipboard.)

**To send a text message from the TNP Mobile App:**

1.  Open the Home screen of the TNP Mobile App.

2.  Press Set Status Message.

3.  Enter the message.

4.  Press **Set Status Message** to send the message as a normal transmission or press **Set SOS Message** to send the message as an emergency transmission.

https://s3.amazonaws.com/trimbleoutdoors.download/tnp/publicdownloads/manual.pdf

This screen is configurable so that you can choose which information to display about your vehicles – the following information can be displayed:

https://ww2.agriculture.trimble.com/software/support/how-to-central/

| Vehicle List | Allows you to organize your fleet by vehicle group (for example, Tractor – 4WD), name vehicles as required, and move vehicles. |
|---|---|



You can do the following:

- Click the ⚙ icon next to a vehicle group to show all vehicles included in this group.

- Click a vehicle name to display its status. See Vehicle Status screen

https://ww2.agriculture.trimble.com/software/support/how-to-central/

| Last Known Status | The last known status of a vehicle. The options are: |
|---|---|

- **Stopped:** The vehicle has been is stationary for more than 15 seconds.

- **Working:** The vehicle is moving. When the optional Implement Switch is selected and installed on the DCM-300 modem, Working is defined as the vehicle moving and the implement switch as active.

- **Moving:** The vehicle is moving but the implement switch is inactive (not working). This state is only reported when the optional work switch is installed for the DCM-300 modem.

- **Off:** The vehicle's ignition is turned off.

- **Pending** (FarmStream only)**:** The vehicle has not yet communicated state information for this time period.

- **Speeding:** The vehicle's speed exceeded a defined threshold.

- **No GPS** (FarmStream only): The vehicle has lost its GPS signal.

- **Delayed** (FarmStream only): The vehicle is stationary for an extended period of time.

- **Rushing** (FarmStream only): The vehicle is working but moving too quickly.

https://ww2.agriculture.trimble.com/software/support/how-to-central/



**Adding a vehicle to a group** ︿

1. In the *Fleet* main page, click ⊞ next to the vehicle group that you want to add vehicles to.

2. In the *Add Vehicles* screen, select the check box next to the vehicle(s) that you want to add to the group:

***Note –*** *You may not assign a vehicle to more than one group.*

3. Click **Save**.

https://ww2.agriculture.trimble.com/software/support/how-to-central/

Once selecting this you will be directed to the following screen displaying an "Asset List" that details all of your vehicles, a map showing all of your fields grouped into numbers based on site location, and a Field Task List that projects the task history associated with your organization. From this screen you may narrow your search by selecting a specific vehicle or field.



https://ww2.agriculture.trimble.com/software/support/how-to-central/

**Creating a contact** ︿

1. To get to the *Contacts* page, go to **Alerts**, then click on **Configure**, then from the **Manage** menu, select **Contacts**

2. In the *Contacts* page, click **Manage -> Add Contact:**



3. Complete the fields in the screen. If you are an org administrator, you will be able to assign access levels in the web software for a contact. Org admins can also make a contact an operator and give them a login and an access level on a display. "Full Access" operators can edit and delete resources on a display, while "Select Only" operators can view. Non-Admins can create contacts but not assign access levels.

4. Click **Save**.

https://ww2.agriculture.trimble.com/software/support/how-to-central/

## ☰ Creating a new Operator Group

1. From the *Operators* page, from the Manage menu, click on **New Operator Group.** Enter a name for the new operator group and then click on **+ADD.**

2. OR – from the *Alerts* page, click on **Configure**, then from the Manage menu, select the Contacts page. From there, you will see a list of contacts. Select the *Edit* option from the menu to the right of a contact to edit that contact. Click on the *Equipment Operator* tab, and select *Manage Groups:*



3. Enter a name for the new operator group in the empty box and then click on *+ADD*. If you are coming to this dialog from the Alerts page, groups can also be edited or deleted from this dialog box.

https://ww2.agriculture.trimble.com/software/support/how-to-central/

### Send to Vehicles ⌃

This feature is only enabled for FmX integrated displays on a vehicle with an active Display Connection (formerly Vehicle Connection) license. TMX-2050, GFX-750, and GFX-350 displays automatically download all operators when they have connectivity and are visible in the Operator app on the display.

1. In the *Operators* tab, select *Send to Vehicles* from the **Manage** drop-down list—this will send a list of operators to the display on the selected vehicle for login purposes:



2. In the column on the left, select a group (and by definition, all members of that group, see Trainee, above) or individual operators (see *CSU Staff*) by selecting the check box next to the user/group name.

3. In the *Vehicles* column on the right, select a *Vehicle Group* or individual vehicle(s).

4. Click **Send** to assign the selected Operator(s) to the selected Vehicle(s).

https://ww2.agriculture.trimble.com/software/support/how-to-central/

17

How-to Central > Fleet Feature Comparison

# Fleet Feature Comparison

This document describes the difference in features between the traditional Fleet Manager utility (using the DCM-300 modem) and the FarmStream Fleet Manager utility (using the FmX® integrated display, TMX-2050™, GFX-750™, or GFX-350™ display).

Power Off Mode ⌄

Dashboard Page ⌃

| Options | Traditional Fleet | FarmStream Fleet |
|---|---|---|
| View vehicles on map | Yes | Yes |
| View vehicle details for selected machine | Yes | Yes |
| Vehicles listed in Fleet Widget | Yes | Yes |

https://ww2.agriculture.trimble.com/software-user-guide/fleet-feature-comparison/

Fleet Vehicles Page ⌃

| Options | Traditional Fleet | FarmStream Fl |
|---|---|---|
| See your list of vehicles | Yes | Yes |
| Configure the columns | Yes | Yes |
| **Column options:** | | |
| Date last Reported – Relative time | Yes | Yes |
| Date Last Reported – Calendar Time | Yes | Yes |
| Last Known Status | Yes | Yes |
| Engine Hours | Yes | Yes |
| Alert (Type/Name/Generated) | Yes | Yes |
| Delay Response Threshold | Yes | N/A |
| Last Operator Name | No | Yes |
| Last Operator Login | No | Yes |
| Last Location | Yes | Yes |
| Last Reported Speed | Yes | Yes |
| Vehicle Type | Yes | Yes |
| Fuel Level | Yes | Yes |
| Vehicle Make | Yes | Yes |
| Organize vehicles into groups | Yes | Yes |
| **Vehicles states:** | | |
| Working | Yes | Yes |
| Moving | Yes | Yes |
| Stopped | Yes | Yes |
| Off | Yes | Yes |
| Speeding | Yes | Yes |
| Rushing | No | Yes |
| No GPS | No | Yes |
| Delayed | No | Yes |
| Pending | No | Yes |
| **Create a new vehicle** | Yes | Yes |
| **Create or manage a delay threshold** | Yes | N/A |
| **Export Vehicles** | Yes | Yes |
| **Use implement switch to define working** | Yes | N/A |

https://ww2.agriculture.trimble.com/software-user-guide/fleet-feature-comparison/

**Fleet Vehicle Status Screen ▲**

| Options | Traditional Fleet | FarmStream Fleet |
|---|---|---|
| Vehicle last updated | Yes | Yes |
| Vehicle icons | Yes | Yes |
| Vehicle last known status | Yes | Yes |
| Telematics Device Serial Number | Yes | N/A |
| Display Device Serial Number | No | Yes |
| Manufacturer | Yes | Yes |
| Last location when vehicle last reported | Yes | Yes |
| Delay response threshold | Yes | N/A |
| Edit vehicle | Yes | Yes |
| Calibrate Engine Hours | Yes | N/A |
| Move Vehicle to another group | Yes | Yes |
| Delete vehicle | Yes | Yes |

**Fleet Vehicle History Tab ▲**

| Options | Traditional Fleet | FarmStream Fleet |
|---|---|---|
| Vehicle location history | Yes | Yes |
| Color location markers by machine state | Yes | Yes |
| Export location history | Yes | Yes |
| Show alerts on Vehicle History page | Yes | Yes |
| User configurable speeding | Yes | Yes |

https://ww2.agriculture.trimble.com/software-user-guide/fleet-feature-comparison/

19.     Defendant directly and/or indirectly intentionally instructs its customers to infringe the Patents-in-Suit through training videos, demonstrations, brochures, installations, and/or user guides, such as those located at one or more of the following publicly-available resources: https://www.terrainnavigator.com/;          https://www.terrainnavigator.com/Product/Mobile; https://s3.amazonaws.com/trimbleoutdoors.download/tnp/publicdownloads/manual.pdf; https://ww2.agriculture.trimble.com/software-user-guide/fleet-feature-comparison/; https://ww2.agriculture.trimble.com/software/support/how-to-central/; https://geospatial.trimble.com/en/download-get-started-with-trimble-sentinel

## COUNT I
### (Infringement of the '251 Patent)

20.     Paragraphs 1 through 19 are incorporated herein by reference as if fully set forth in their entireties.

21.     AGIS Software has not licensed or otherwise authorized Defendant to use and/or manufacture any Accused Products and/or products that embody the inventions of the '251 Patent.

22.    Defendant has and continues to directly infringe at least Claim 24 of the '251 Patent, either literally or under the doctrine of equivalents, by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States the Accused Products without authority and in violation of 35 U.S.C. § 271(a).

23.    Defendant has and continues to indirectly infringe at least Claim 24 of the '251 Patent by actively, knowingly, and intentionally inducing others to directly infringe, either literally or under the doctrine of equivalents, by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States the Accused Products and by instructing users of the Accused Products to perform methods claimed in the '251 Patent. For example, Defendant, with knowledge that the Accused Products infringe the '251 Patent at least as of the date of this Complaint, actively, knowingly, and intentionally induced, and continues to knowingly and intentionally induce direct infringement of the '251 Patent in violation of 35 U.S.C. § 271(b). Alternatively, Defendant believed there was a high probability that others would infringe the '251 Patent but remained willfully blind to the infringing nature of others' actions.

24.    For example, Defendant has indirectly infringed and continues to indirectly infringe at least Claim 24 of the '251 Patent in the United States because Defendant's customers use the Accused Products, including at least the Accused Products of applications, products, and/or services, alone or in conjunction with additional Accused Products, in accordance with Defendant's instructions and thereby infringe at least Claim 24 of the '251 Patent in violation of 35 U.S.C. § 271. Defendant directly and/or indirectly intentionally instructs its customers to infringe through training videos, demonstrations, brochures, installations, and/or user guides, such as those located at one or more of the publicly-available resources identified herein. Defendant is thereby liable for infringement of the '251 Patent under 35 U.S.C. § 271(b). Alternatively,

Defendant believed there was a high probability that others would infringe the '251 Patent but remained willfully blind to the infringing nature of others' actions.

25.     For example, Defendant directly infringes and/or indirectly infringes by a system comprising: a first device programmed to perform operations comprising: receiving a message from a second device, wherein the message relates to joining a group; based on receiving the message from the second device, participating in the group, wherein participating in the group includes sending first location information to a server and receiving second location information from the server, the first location information comprising a location of the first device, the second location information comprising a plurality of locations of a respective plurality of second devices included in the group; presenting, via an interactive display of the first device, a first interactive, georeferenced map and a plurality of user-selectable symbols corresponding to the plurality of second devices, wherein the symbols are positioned on the first georeferenced map at respective positions corresponding to the locations of the second devices, and wherein the first georeferenced map includes data relating positions on the first georeferenced map to spatial coordinates; sending, from the first device to the server, a request for a second georeferenced map different from the first georeferenced map, wherein the request specifies a map location; receiving, from the server, the second georeferenced map, wherein the second georeferenced map includes the requested location and data relating positions on the second georeferenced map to spatial coordinates; presenting, via the interactive display of the first device, the second georeferenced map and the plurality of user-selectable symbols corresponding to the plurality of second devices, wherein the symbols are positioned on the second georeferenced map at respective positions corresponding to the locations of the second devices; and identifying user interaction with the interactive display selecting one or more of the user-selectable symbols corresponding to one or more of the second

devices and positioned on the second georeferenced map and user interaction with the display specifying an action and, based thereon, using an Internet Protocol to send data to the one or more second devices via the server, wherein the first device does not have access to respective Internet Protocol addresses of the second devices.

26.     For example, on information and belief, and based on the publicly-available resources identified herein, the Accused Products are configured and/or programmed at least to allow devices and/or users to share their locations and view other devices' and/or users' locations on a map and to communicate with those devices and/or users via the Accused Products; to allow devices and/or users to establish groups and to exchange messages via interaction with servers and relevant services; to allow devices and/or users to retrieve map information from multiple sources; to receive messages from other devices and/or users where those messages relate to joining groups; to facilitate participation in the group by communicating with a server and sending to and receiving location information; to present location information on interactive displays on the Accused Products which include interactive maps and a plurality of user selectable symbols corresponding to other devices and/or users; to place symbols on the map at positions corresponding to the locations of the other devices and/or users; to permit devices and/or users to request and display additional maps by, for example, moving the map screen and/or by selecting different types of maps; and to permit interaction with the display where a device and/or user may select one or more symbols; and to permit data to be sent to other devices and/or users based on that interaction.

27.     AGIS Software has suffered damages as a result of Defendant's direct and indirect infringement of the '251 Patent in an amount to be proved at trial.

28.     AGIS Software has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '251 Patent for which there is no adequate remedy at law unless Defendant's infringement is enjoined by this Court.

## COUNT II
### (Infringement of the '838 Patent)

29.     Paragraphs 1 through 19 are incorporated herein by reference as if fully set forth in their entireties.

30.     AGIS Software has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, distribute, export from, or import any products that embody the inventions of the '838 Patent.

31.     Defendant has and continues to directly infringe at least Claim 54 of the '838 Patent, either literally or under the doctrine of equivalents, by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States the Accused Products without authority and in violation of 35 U.S.C. § 271(a).

32.     Defendant has and continues to indirectly infringe at least Claim 54 of the '838 Patent by actively, knowingly, and intentionally inducing others to directly infringe, either literally or under the doctrine of equivalents, by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States the Accused Products and by instructing users of the Accused Products to perform methods claimed in the '838 Patent. For example, Defendant, with knowledge that the Accused Products infringe the '838 Patent at least as of the date of this Complaint, actively, knowingly, and intentionally induced, and continues to actively, knowingly, and intentionally induce direct infringement of the '838 Patent.

33.     For example, Defendant has indirectly infringed and continues to indirectly infringe at least Claim 54 of the '838 Patent in the United States because Defendant's customers use the

Accused Products, including at least the Accused Products Application and/or services, alone or in conjunction with additional Accused Products, in accordance with Defendant's instructions and thereby directly infringe at least one claim of the '838 Patent in violation of 35 U.S.C. § 271. Defendant directly and/or indirectly intentionally instructs its customers to infringe through training videos, demonstrations, brochures, installations, and/or user guides, such as those located at one or more of the resources identified herein. Defendant is thereby liable for infringement of the '838 Patent under 35 U.S.C. § 271(b).

34.    For example, Defendant directly infringes and/or indirectly infringes by a system comprising: a first device programmed to perform operations comprising: joining a communication network corresponding to a group, wherein joining the communication network comprises transmitting a message including an identifier corresponding to the group; participating in the group, wherein participating in the group includes sending first location information to a first server and receiving second location information from the first server, the first location information comprising a location of the first device, the second location information comprising one or more locations of one or more respective second devices included in the group; presenting, via an interactive display of the first device, a first interactive, georeferenced map and a first set of one or more user-selectable symbols corresponding to a first set of one or more of the second devices, wherein the first set of symbols are positioned on the first georeferenced map at respective positions corresponding to the locations of the first set of second devices, and wherein first georeferenced map data relate positions on the first georeferenced map to spatial coordinates; sending, to a second server, a request for second georeferenced map data different from the first georeferenced map data; receiving, from the second server, the second georeferenced map data; presenting, via the interactive display of the first device, a second georeferenced map and a second

set of one or more user-selectable symbols corresponding to a second set of one or more of the second devices, wherein the second set of symbols are positioned on the second georeferenced map at respective positions corresponding to the locations of the second set of second devices, and wherein the second georeferenced map data relate positions on the second georeferenced map to spatial coordinates; and identifying user interaction with the interactive display selecting one or more of the second set of user-selectable symbols corresponding to one or more of the second devices and positioned on the second georeferenced map and user interaction with the display specifying an action and, based thereon, sending third data to the selected one or more second devices via the first server.

35.    For example, on information and belief, and based on the publicly-available resources identified herein, the Accused Products are configured and/or programmed at least to allow devices and/or users to share their locations and view other devices' and/or users' locations on a map and to communicate with those devices and/or users via the Accused Products; to allow devices and/or users to establish groups and to exchange messages via interaction with servers and other relevant services; to allow devices and/or users to retrieve map information from multiple sources, including different types of maps; to receive messages from other devices and/or users where those messages relate to joining groups; to facilitate participation in a group by communicating with a server and sending to and receiving location information; to present location information on interactive displays on the exemplary Accused Products which include interactive maps and a plurality of user selectable symbols corresponding to other devices and/or users; to place symbols on a map at positions corresponding to the locations of the other devices and/or users; to permit devices and/or users to request and display additional maps by, for example, moving the map screen and/or by selecting satellite image maps; to permit interaction with the

display where a device and/or user may select one or more symbols; and to permit data to be sent to other devices and/or users based on an interaction.

36.     AGIS Software has suffered damages as a result of Defendant's direct and indirect infringement of the '838 Patent in an amount to be proved at trial.

37.     AGIS Software has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '838 Patent for which there is no adequate remedy at law unless Defendant's infringement is enjoined by this Court.

**COUNT III**
**(Infringement of the '123 Patent)**

38.     Paragraphs 1 through 19 are incorporated herein by reference as if fully set forth in their entireties.

39.     AGIS Software has not licensed or otherwise authorized Defendant to use or manufacture any products that embody the inventions of the '123 Patent.

40.     Defendant has and continues to directly infringe at least Claim 23 of the '123 Patent, either literally or under the doctrine of equivalents, by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States the Accused Products without authority and in violation of 35 U.S.C. § 271(a).

41.     Defendant has and continues to indirectly infringe at least Claim 23 of the '123 Patent by actively, knowingly, and intentionally inducing others to directly infringe, either literally or under the doctrine of equivalents, by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States the Accused Products and by instructing users of the Accused Products to perform methods claimed in the '123 Patent. For example, Defendant, with knowledge that the Accused Products infringe the '123 Patent at least as of the date of this Complaint, actively, knowingly, and intentionally induced, and continues to knowingly

and intentionally induce direct infringement of the '123 Patent in violation of 35 U.S.C. § 271(b). Alternatively, Defendant believed there was a high probability that others would infringe the '123 Patent but remained willfully blind to the infringing nature of others' actions.

42.    For example, Defendant has indirectly infringed and continues to indirectly infringe at least Claim 23 of the '123 Patent in the United States because Defendant's customers use the Accused Products, including at least the Accused Products of applications, products, and/or services, alone or in conjunction with additional Accused Products, in accordance with Defendant's instructions and thereby infringe at least Claim 23 of the '123 Patent in violation of 35 U.S.C. § 271. Defendant directly and/or indirectly intentionally instructs its customers to infringe through training videos, demonstrations, brochures, installations, and/or user guides, such as those located at one or more of the publicly-available resources identified herein. Defendant is thereby liable for infringement of the '123 Patent under 35 U.S.C. § 271(b). Alternatively, Defendant believed there was a high probability that others would infringe the '123 Patent but remained willfully blind to the infringing nature of others' actions.

43.    Upon information and belief, Defendant directly infringes and/or indirectly infringes by a system comprising: a first device programmed to perform operations comprising: receiving a message sent by a second device, wherein the message relates to joining a group; based on receipt of the message sent by the second device, sending first location information to a first server and receiving second location information from the first server, the first location information comprising a location of the first device, the second location information comprising one or more locations of one or more respective second devices included in the group; sending, from the first device to a second server, a request for georeferenced map data; receiving, from the second server, the georeferenced map data; presenting, via an interactive display of the first device,

a georeferenced map and one or more user-selectable symbols corresponding to one or more of the second devices, wherein the symbols are positioned on the georeferenced map at respective positions corresponding to the locations of the second devices represented by the symbols, and wherein the georeferenced map data relate positions on the georeferenced map to spatial coordinates; and identifying user interaction with the interactive display selecting a particular user-selectable symbol corresponding to a particular second device and user interaction with the display specifying an action and, based thereon, using an Internet Protocol to send data to the particular second device, wherein identifying the user interaction selecting the particular user-selectable symbol comprises: detecting user selection of a portion of the interactive display corresponding to a position on the georeferenced map, and identifying the particular user-selectable symbol based, at least in part, on coordinates of the selected position, comprising: searching a set of symbols for a symbol located nearest to the coordinates of the selected position, wherein the set of symbols includes the user-selectable symbols corresponding to the second devices in the group, and wherein data associated with the set of symbols include coordinates of portions of the display corresponding to the symbols in the set, and based on a result of searching the set of symbols, identifying the particular user-selectable symbol as the symbol located nearest to the coordinates of the selected position, wherein the particular user-selectable symbol corresponds to the particular second device.

44.     For example, on information and belief, and based on the publicly-available resources identified herein, the Accused Products are configured and/or programmed at least to allow devices and/or users to share their locations and view others' locations on a map and to communicate with those devices and/or users via the Accused Products; to allow devices and/or users to establish groups and to exchange messages via interaction with servers and other relevant

services; to form and join groups by transmitting messages; to facilitate participation in the groups by communicating with one or more servers and sending to and receiving location information; to present location information on interactive displays on the Accused Products which include interactive maps and a plurality of user selectable symbols corresponding to other devices and/or users; to place symbols on the map at positions corresponding to the locations of the other devices and/or users; to permit devices and/or users to request and display additional maps from additional servers by, for example, moving the map screen and/or by selecting other types of maps; to permit interaction with the display, where devices and/or users may select one or more symbols; and to permit data to be sent to other devices and/or users based on an interaction.

45. AGIS Software has suffered damages as a result of Defendant's direct and indirect infringement of the '123 Patent in an amount to be proved at trial.

46. AGIS Software has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '123 Patent for which there is no adequate remedy at law unless Defendant's infringement is enjoined by this Court.

## <u>COUNT IV</u>
### (Infringement of the '829 Patent)

47. Paragraphs 1 through 19 are incorporated herein by reference as if fully set forth in their entireties.

48. AGIS Software has not licensed or otherwise authorized Defendant to make, use offer for sale, sell, distribute, export from, or import any products that embody the inventions of the '829 Patent.

49. Defendant has and continues to directly infringe at least Claim 34 of the '829 Patent, either literally or under the doctrine of equivalents, by making, using, selling, offering for

sale, distributing, exporting form, and/or importing into the United States the Accused Products without authority and in violation of 35 U.S.C. § 271(a).

50.     Defendant has and continues to indirectly infringe at least Claim 34 of the '829 Patent by actively, knowingly, and intentionally inducing others to directly infringe, either literally or under the doctrine of equivalents, by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States the Accused Products and by instructing users of the Accused Products to perform methods claimed in the '829 Patent. For example, Defendant, with knowledge that the Accused Products infringe the '829 Patent at least as of the date of this Complaint, actively, knowingly, and intentionally induced, and continues to knowingly and intentionally induce direct infringement of the '829 Patent in violation of 35 U.S.C. § 271(b). Alternatively, Defendant believed there was a high probability that others would infringe the '829 Patent but remained willfully blind to the infringing nature of others' actions.

51.     For example, Defendant has indirectly infringed and continues to indirectly infringe at least Claim 34 of the '829 Patent in the United States because Defendant's customers use the Accused Products, including at least the Accused Products of applications, products, and/or services, alone or in conjunction with additional Accused Products, in accordance with Defendant's instructions and thereby infringe at least Claim 34 of the '829 Patent in violation of 35 U.S.C. § 271. Defendant directly and/or indirectly intentionally instructs its customers to infringe through training videos, demonstrations, brochures, installations, and/or user guides, such as those located at one or more of the publicly-available resources identified herein. Defendant is thereby liable for infringement of the '829 Patent under 35 U.S.C. § 271(b). Alternatively, Defendant believed there was a high probability that others would infringe the '829 Patent but remained willfully blind to the infringing nature of others' actions.

52.    For example, Defendant directly infringes and/or indirectly infringes by a system comprising: a second device programmed to perform operations comprising: receiving from a first device via a first server, a request to join a group, wherein the group includes the first device; sending, to the first server, an indication of acceptance of the request, wherein the first server is configured to join the first device to the group based on the acceptance of the request, and wherein joining the first device to the group comprises authorizing the first device to repeatedly share device location information and repeatedly engage in remote control operations with each device included in the group; sending a first message to the first server, wherein the first message comprises data identifying the first device and a request for a first updated location of the first device, and wherein the first server is configured to send a second message to the first device based on and in response to receiving the first message from the second device, wherein the second message comprises a request for the first updated location of the first device; after sending the first message, receiving, from the first server, a response to the first message, the response including first location information comprising the first updated location of the first device; receiving from a second server, georeferenced map data; presenting, via a display of the second device, a georeferenced map based on the georeferenced map data and a symbol corresponding to the first device; wherein the symbol is positioned on the georeferenced map at a first position corresponding to the first updated location of the first device, and wherein the georeferenced map data relate positions on the georeferenced map to spatial coordinates; after receiving the first location information and the georeferenced map data, and after presenting the georeferenced map and the symbol positioned on the georeferenced map at the first position corresponding to the first updated location of the first device, receiving second location information comprising a second updated location of the first device from the first server, and using the server-provided

georeferenced map data and the second location information to reposition the symbol on the georeferenced map at a second position corresponding to the second updated location of the first device; and identifying user interaction with the display specifying an action and, based thereon, sending, to the first server, a third message related to remotely controlling the first device to perform an action, wherein the first server is configured to send a fourth message to the first device based on receiving the third message from the second device, wherein the fourth message relates to remotely controlling the first device to perform the action, and wherein the first device is configured to perform the action based on receiving the fourth message. For example, the Accused Products include features, as shown below.

53.    For example, on information and belief, and based on the publicly-available resources identified herein, the Accused Products are configured and/or programmed at least to allow devices and/or users to share their locations and view others' locations on a map and to communicate with those devices and/or users via the Accused Products; to allow devices and/or users to establish groups and to exchange messages via interaction with servers and other relevant services; to form and join groups by transmitting messages; to facilitate participation in the groups by communicating with one or more servers and sending to and receiving location information; to present location information on interactive displays on the exemplary Accused Products which include interactive maps and a plurality of user selectable symbols corresponding to other devices and/or users; to place symbols on the map at positions corresponding to the locations of the other devices and/or users; to permit devices and/or users to request and display additional maps from additional servers by, for example, moving the map screen and/or by selecting other types of maps; to permit interaction with the display, where a device and/or user may select one or more symbols;

to permit data to be sent to other devices based on an interaction; and to cause an action by sending messages related to remote control.

54.    AGIS Software has suffered damages as a result of Defendant's direct and indirect infringement of the '829 Patent in an amount to be proved at trial.

55.    AGIS Software has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '829 Patent for which there is no adequate remedy at law unless Defendant's infringement is enjoined by this Court.

<u>**DEMAND FOR JURY TRIAL**</u>

Plaintiff hereby demands a jury for all issues so triable.

<u>**PRAYER FOR RELIEF**</u>

WHEREFORE, AGIS Software prays for relief against Defendant as follows:

a.    Entry of judgment declaring that Defendant has directly and/or indirectly infringed one or more claims of each of the Patents-in-Suit;

b.    Entry of judgment declaring that Defendant's infringement of the Patents-in-Suit has been willful and deliberate;

c.    An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendant, its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with it, from further acts of infringement of the Patents-in-Suit;

d.    An order awarding damages sufficient to compensate AGIS Software for Defendant's infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with interest and costs;

e.    An order awarding AGIS Software treble damages under 35 U.S.C. § 284 as a result of Defendant's willful and deliberate infringement of the Patents-in-Suit;

f.      Entry of judgment declaring that this case is exceptional and awarding AGIS

Software its costs and reasonable attorney fees under 35 U.S.C. § 285; and

g.      Such other and further relief as the Court deems just and proper.

Dated:  September 16, 2025                        Respectfully submitted,

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

***ATTORNEYS FOR PLAINTIFF***
***AGIS SOFTWARE DEVELOPMENT LLC***