# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, § | Case No. 2:25-cv-00952 |
| Plaintiff, § | **JURY TRIAL DEMANDED** |
| v. § | |
| TRIMBLE INC., § | |
| Defendant. § | |

## PLAINTIFF'S RULE 7.1(a)(1) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(1)(a), Plaintiff AGIS Software Development LLC states that its parent corporation is AGIS Holdings, Inc., and that no publicly held corporation owns 10% or more of its stock.

Dated: September 16, 2025                Respectfully submitted,

                                                                  /s/ Alfred R. Fabricant
                                                                  Alfred R. Fabricant
                                                                  NY Bar No. 2219392
                                                                  Email: ffabricant@fabricantllp.com
                                                                  Peter Lambrianakos
                                                                  NY Bar No. 2894392
                                                                  Email: plambrianakos@fabricantllp.com
                                                                  Vincent J. Rubino, III
                                                                  NY Bar No. 4557435
                                                                  Email: vrubino@fabricantllp.com
                                                                  **FABRICANT LLP**
                                                                  411 Theodore Fremd Avenue
                                                                  Suite 206 South
                                                                  Rye, New York 10580
                                                                  Telephone: (212) 257-5797
                                                                  Facsimile: (212) 257-5796

2

        Justin Kurt Truelove
        Texas Bar No. 24013653
        Email: kurt@truelovelawfirm.com
        **TRUELOVE LAW FIRM, PLLC**
        100 West Houston Street
        Marshall, Texas 75670
        Telephone: (903) 938-8321
        Facsimile: (903) 215-8510

        ***ATTORNEYS FOR PLAINTIFF***
        ***AGIS SOFTWARE DEVELOPMENT LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 16, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                    */s/ Alfred R. Fabricant*
                                                    Alfred R. Fabricant