# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, § | Case No. 2:25-cv-00952 |
| Plaintiff, § | **JURY TRIAL DEMANDED** |
| v. § | |
| TRIMBLE INC., § | |
| Defendant. § | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Peter Lambrianakos, enters his appearance in this matter for Plaintiff AGIS Software Development LLC for purposes of receiving notices and orders from the Court.

Dated: September 16, 2025

Respectfully submitted,

 /s/ Peter Lambrianakos
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEY FOR PLAINTIFF***
***AGIS SOFTWARE DEVELOPMENT LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 16, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                        */s/ Peter Lambrianakos*
                                                         Peter Lambrianakos