IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, | ) ) ) ) Case No. 2:25-cv-00952-JRG ) |
| Plaintiff, | ) JURY TRIAL DEMANDED ) |
| v. | ) ) |
| TRIMBLE INC., | ) ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

NOW COMES Kurt Truelove, of the Truelove Law Firm, PLLC, 100 West Houston, Marshall, Texas 75670, and enters an appearance as counsel of record for Plaintiff AGIS Software Development LLC.

Mr. Truelove requests to receive notices from the Court on all issues related to this case.

DATED: September 22, 2025

        Respectfully submitted,

        */s/ Kurt Truelove*
        Justin Kurt Truelove
        TX State Bar No. 24013653

        **TRUELOVE LAW FIRM, PLLC**
        100 West Houston
        Marshall, Texas 75670
        903-938-8321
        903-215-8510 Fax
        kurt@truelovelawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service

*/s/ Kurt Truelove*