AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

AGIS SOFWARE DEVELOPMENT LLC,

*Plaintiff(s)*

v.   Civil Action No. 2:25--cv-00952-JRG

TRIMBLE INC.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TRIMBLE INC.
C/O CT Corp. System
1999 Bryan Street, Suite 900
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
FABRICANT LLP
411 Theodore Fremd Avenue, Suite 206S
Rye, New York 10580
Telephone: (212) 257-5797
Alfred R. Fabricant, Esq.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 9/17/2025

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

| Attorney or Party without Attorney:<br>Alfred R Fabricant, Esq.<br>Fabricant LLP<br>411 Theodore Fremd Avenue S206S<br>Rye, NY 10580<br>Telephone No: | | For Court Use Only |
|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.:<br>2556838 | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC Eastern District of Texas, Marshall Division | | |
| Plaintiff: Agis Software Development LLC<br>Defendant: Trimble Inc. | | |
| **PROOF OF SERVICE** | Hearing Date:   Time:   Dept/Div: | Case Number:<br>2:25-cv-00952-JRG |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint for Patent Infringement

3. a. Party served:    Trimble Inc.
   b. Person served:   Brett Bagwell, authorized to accept service for CT Corp., Registered Agent

4. Address where the party was served:   1999 Bryan Street Suite 900, Dallas, TX 75201

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Sep 22 2025 (2) at: 01:35 PM

6. Person Who Served Papers:
   a. Kim Shaw
   b. FIRST LEGAL
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (888) 599-5039

   d. The Fee for Service was:

7. I declare under penalty of perjury that the foregoing is true and correct.

9.23.2025                    /s/ Kim Shaw
_____            _____
   (Date)                       (Signature)

PROOF OF SERVICE

14194499
(413052)