# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRIMBLE INC.,<br><br>Defendant. | CIVIL ACTION NO. 2:25-CV-00952-JRG |

## NOTICE OF APPEARANCE OF AMANDA TESSAR
## FOR TRIMBLE INC.

Please take notice that Amanda Tessar of Perkins Coie LLP, 1900 Sixteenth Street, Suite 1400, Denver, CO 80202, hereby enters an appearance as counsel of record on behalf of Defendant Trimble Inc. Please take further notice that, pursuant to Local Court Rule CV-11(a)(1), Amanda Tessar shall be designated as the lead attorney.

Dated: September 26, 2025

Respectfully submitted,

/s/ Amanda Tessar
Amanda Tessar, CO Bar No. 33173
ATessar@perkinscoie.com
W. Matthew Pierce, CO Bar No. 47635
WPierce@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Tel:   303-291-2300
Fax:   303-291-2400

ATTORNEYS FOR DEFENDANT TRIMBLE INC.

183898138.1

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served September 26, 2025 to all counsel of record, via the Court's CM/ECF system

*/s/Amanda Tessar*
Amanda Tessar

183898138.1