EDTX UAET (03-2025)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

AGIS Software Development LLC

Plaintiff

v.   Civ. No. 2:25-cv-00952-JRG

Trimble Inc.

Defendant

## UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: Defendant Trimble Inc.

Date Party's answer was originally due: 10/13/2025

Date Party's answer is now due (must not exceed 45 days after original due date): 11/27/2025

Date: 09/26/2025

/s/ W. Matthew Pierce
Full Name: W. Matthew Pierce
State Bar No.: 47635
Address: 1900 Sixteenth Street Suite 1400
Denver, CO 80202-5255

Phone: 303-291-2300
Fax: 303-291-2400
Email: WPierce@perkinscoie.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)