IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRIMBLE INC.,<br><br>Defendant;<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 2:25-cv-00952-JRG<br>(Lead Case)<br><br>Case No. 2:25-cv-00954-JRG<br>(Member Case) |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that the undersigned attorney, Matthew A. Blair of K&L Gates LLP, enters his appearance as counsel on behalf of Defendant Tyler Technologies, Inc., and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter.

Dated: November 26, 2025

Respectfully submitted,

*/s/ Matthew A. Blair*
Matthew A. Blair
Bar No. 24109648
**K&L GATES LLP**
2801 Via Fortuna, Suite 650
Austin, TX 78746
Tel.: (512) 482-6851
Fax: (512) 482-6859
matthew.blair@klgates.com

*Attorney for Defendant*
*Tyler Technologies, Inc.*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 26, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Matthew A. Blair*
Matthew A. Blair