# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, | § § § | |
| *Plaintiff*, | § | |
| v. | § § | CIVIL ACTION NO. 2:25-CV-00952-JRG |
| TRIMBLE INC., and CATERPILLAR TRIMBLE CONTROL TECHNOLOGIES LLC, | § § § § | (LEAD CASE) |
| *Defendant.* | § § | |

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:25-CV-00954-JRG |
| TYLER TECHNOLOGIES, INC., | § § § | (MEMBER CASE) |
| *Defendant*. | § § | |

### ORDER

Before the Court is the Unopposed Motion to Extend Plaintiff's Deadline to Respond to Defendant Tyler Technologies, Inc.'s Motion to Dismiss (the "Motion") filed by Plaintiff AGIS Software Development LLC ("Plaintiff"). (Dkt. No. 49). In the Motion, Plaintiff seeks to extend the deadline to respond to Dkt. No. 46 up to and including January 13, 2026. (*Id.* at 1).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Plaintiff to respond is **extended** up to and including **January 13, 2026**.

**So Ordered this**

**Jan 3, 2026**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE