IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:25-CV-00952-JRG |
| TRIMBLE INC., and CATERPILLAR TRIMBLE CONTROL TECHNOLOGIES LLC, | § | (LEAD CASE) |
| | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to Reply to AGIS Software Development LLC's ("AGIS") Opposition to Trimble Inc.'s ("Trimble") Motion to Dismiss AGIS's Amended Complaint for Improper Venue (the "Motion"). (Dkt. No. 52). In the Motion, Trimble seeks a seven-day extension to file their reply. (*Id.* at 1).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Trimble to submit its reply is **extended** up to and including **January 9, 2026**.

So Ordered this

Jan 3, 2026

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE