# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRIMBLE INC. and CATERPILLAR TRIMBLE CONTROL TECHNOLOGIES LLC,<br><br>Defendants. | § § § § § § § § § § § § § | Case No. 2:25-cv-00952-JRG<br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| AGIS SOFTWARE DEVELOPMENT LLC,<br><br>Plaintiff,<br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant. | § § § § § § § § § § § § | Case No. 2:25-cv-00954-JRG<br>(MEMBER CASE)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff AGIS Software Development LLC ("Plaintiff") hereby gives notice that Plaintiff and Defendants Trimble Inc., Caterpillar Trimble Control Technologies LLC, and Tyler Technologies, Inc. (collectively, "Defendants") have resolved the claims in this action and that the above-captioned case against Defendants is voluntarily dismissed WITH PREJUDICE, with each party to bear their own attorneys' fees, costs of Court, and expenses.

2

Dated: January 20, 2026							Respectfully submitted,

                                                                          */s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

***ATTORNEYS FOR PLAINTIFF
AGIS SOFTWARE DEVELOPMENT LLC***

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 20, 2026.

                */s/ Vincent J. Rubino, III*
                Vincent J. Rubino, III