IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> TRIMBLE INC., and CATERPILLAR § <br> TRIMBLE CONTROL TECHNOLOGIES § <br> LLC, § <br> § <br> *Defendant*. § | | CIVIL ACTION NO. 2:25-CV-00952-JRG <br> (LEAD CASE) |
| AGIS SOFTWARE DEVELOPMENT LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> TYLER TECHNOLOGIES, INC., § <br> § <br> *Defendant*. § | | CIVIL ACTION NO. 2:25-CV-00954-JRG <br> (MEMBER CASE) |

## ORDER

Before the Court is the Notice of Voluntary Dismissal with Prejudice (the "Notice"). (Dkt. No. 58). In the Notice, Plaintiff AGIS Software Development LLC ("Plaintiff") and Defendants Trimble Inc., Caterpillar Trimble Control Technologies LLC, and Tyler Technologies, Inc. ("Defendants") (collectively, the "Parties") state that all claims in the above-captioned cases are dismissed with prejudice. (*Id.* at 1).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims in the above-captioned Lead and Member Cases are **DISMISSED WITH PREJUDICE**. The Parties are to bear their own costs and attorneys' fees. All pending requests for relief asserted by the Parties in the above-captioned cases that are not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Lead Case No. 2:25-cv-00952-JRG and Member Case No. 2:25-cv-00954-JRG.

**So ORDERED and SIGNED this 27th day of January, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE